UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>J.K. Scanlan Company, Inc.</u>

        v.                                            Civil No. 06-cv-283-JD

<u>Sam Mechanical, LLC</u>


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

      SO ORDERED.

November 9, 2007                                          */s/ Joseph A. DiClerico, Jr.*
                                                                  Joseph A. DiClerico, Jr.
                                                                   United States District Judge


cc:    Jeremy Ritzenberg, Esq.
        Daniel Miville Deschenes, Esq.
        J. Marlin Hawthorne, Esq.
        Michael J. Lambert, Esq.